IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

The Ohio State University,

    Plaintiff,

vs                                    Case No. 2:15cv2866

New Par,

    Defendant.

### ORDER

The Honorable Judge Algenon L. Marbley hereby recuses himself from the above-styled case. The case is to be transferred back to the unassigned docket, and redrawn for assignment.

**IT IS SO ORDERED**.

                                                    /s/ Algenon L. Marbley
                                                  ALGENON L. MARBLEY
                                                  UNITED STATES DISTRICT JUDGE

**DATE: September 29, 2015**