IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

THE OHIO STATE UNIVERSITY,

      Plaintiff,

V.

                                      CASE NO. 2:15-CV-2866
                                       JUDGE EDMUND A. SARGUS, JR.
NEW PAR,                          MAGISTRATE JUDGE TERENCE P. KEMP

      Defendant.

## ORDER

      The undersigned hereby RECUSES himself from this case.   The Clerk shall use

a random draw to assign a new judge to this case.

      IT IS SO ORDERED.

_____9-30-2015_____
**DATE**

_____
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**