**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

The Ohio State University,

    Plaintiff,

  v.                              Case No. 2:15-cv-2866

New Par,

    Defendant.

ORDER OF RECUSAL

    The undersigned hereby recuses himself from this case and instructs that it be redrawn.

                                        s/ James L. Graham
                                        JAMES L. GRAHAM
                                        United States District Judge

DATE: October 7, 2015