# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **THE OHIO STATE UNIVERSITY,** | Case No.: 2:15-cv-2866 |
| Plaintiff, | Judge Watson |
| v. | Magistrate Judge Kemp |
| **NEW PAR D/B/A VERIZON WIRELESS,** | |
| Defendant. | |

## ORDER GRANTING
## PLAINTIFF'S MOTION FOR LEAVE TO TEMPORARILY FILE MOTION TO COMPEL AND EXHIBITS UNDER SEAL

This matter is before the Court for consideration of Plaintiff's Motion for Leave to Temporarily File Motion to Compel and Exhibits Under Seal (ECF No. 36). For good cause shown, Plaintiff's Motion is **GRANTED**. Plaintiff may file an unredacted version of its Motion to Compel and exhibits under seal. Should Defendant wish to maintain portions of the Motion or any of its exhibits under seal permanently, Defendant is **DIRECTED** to file a motion to permanently seal these materials **ON OR BEFORE MAY 8, 2017**. If a motion for permanent sealing is not filed by that date, Plaintiff's Motion to Compel and exhibits will be unsealed.

**IT IS SO ORDERED**.

/s/ Terence P. Kemp
United States Magistrate Judge