# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **THE OHIO STATE UNIVERSITY,** | : | |
| | : | Case No.:  2:15-cv-2866 |
| | : | |
| Plaintiff, | : | Judge Michael H. Watson |
| | : | |
| v. | : | Magistrate Judge Deavers |
| | : | |
| **NEW PAR D/B/A VERIZON WIRELESS,** | : | |
| | : | |
| Defendant. | : | |

## STIPULATION OF FINAL DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, the parties stipulate that the above-captioned action is hereby dismissed with prejudice, with each party to bear its own attorney's fees, expenses, and costs.

-2-

**STIPULATED AND AGREED**

Dated this 27th day of December, 2019

| | |
|---|---|
| MICHAEL DeWINE (0009181)<br>Attorney General of Ohio<br><br>/s/ William G. Porter<br>William G. Porter (0017296) (Trial Attorney)<br>Daniel E. Shuey (0085398)<br>VORYS, SATER, SEYMOUR AND PEASE LLP<br>52 East Gay Street<br>P.O. Box 1008<br>Columbus, Ohio 43216-1008<br>Telephone: (614) 464-5448<br>Facsimile: (614) 719-4911<br>E-mail: wgporter@vorys.com<br>         deshuey@vorys.com<br><br>*Special Counsel to Plaintiff The Ohio State University* | */s/ Christine Haaker (per email authorization)*<br>Christine Haaker (0063225) (Trial Attorney)<br>THOMPSON HINE LLP<br>Austin Landing I<br>10050 Innovative Drive, Suite 400<br>Dayton, Ohio 45342-4934<br>Telephone: (937) 443-6822<br>Facsimile: (937) 443-6635<br>E-mail: Christine.Haaker@ThompsonHine.com<br><br>Stephanie M. Chmiel (0087555)<br>Thompson Hine LLP<br>41 South High Street, Suite 1700<br>Columbus, Ohio 43215<br>Telephone: (614) 469-3200<br>Facsimile: (614) 469-3361<br>Email: Stephanie.Chmiel@ThompsonHine.com<br><br>*Counsel for Defendant New Par d/b/a Verizon Wireless* |